

FILED

OCT 29 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE MELVIN WILLIAMS, ) No. C 14-04017 BLF (PR)
Plaintiff. )
) **ORDER OF DISMISSAL**
)
)
)
)

    On September 4, 2014, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

    The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 10-27-2014

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
04017Williams_dism-ifp&comp.wpd      1