**FILED**

NOV 26 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MELVIN WILLIAMS,<br><br>Plaintiff. | No. C 14-04017 BLF (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE *IN FORMA PAUPERIS* APPLICATION AND PROPER COMPLAINT TO REOPEN ACTION** |

On October 29, 2014, the Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file a complaint, and a judgment of dismissal without prejudice was entered. (Docket Nos. 4 and 6.)

On November 17, 2014, Plaintiff filed a letter and supporting documents, requesting the Court to excuse the delay in obtaining certain documents from the prison as "excusable negligence," asserting prison lockdowns and limited access to the law library. (Docket No. 6.) Plaintiff has filed the necessary documents to support an In Forma Pauperis ("IFP") Application, but has failed to file the actual application. Furthermore, Plaintiff was also advised that he must file a proper complaint using the court's form. (Docket No. 2.) Plaintiff has failed to do so.

As it appears that Plaintiff is seeking reconsideration of this Court's order of dismissal and desires to pursue this action, the Court will grant Plaintiff an opportunity to

do so.  Plaintiff shall file a complete IFP application and a proper complaint using the Court's form complaint **no later than twenty-eight (28) days** from the date this order is filed.  Along with the IFP Application and complaint, Plaintiff shall file a motion for reconsideration, requesting this Court to reopen this action for good cause shown.

The Clerk shall enclose two copies of this court's IFP Application and two copies of the form complaint with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

DATED: 11-26-2014

BETH LABSON FREEMAN
United States District Judge